FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **SHINYOUNG JUNG a/k/a "Andrew Jung"** | : | **VIOLATIONS:** **18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 1 count)** **18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice, and attempt to entice, a minor, to engage in sexual conduct – 1 count)** **18 U.S.C. § 2423(b), (g) (travel with intent to engage in illicit sexual conduct – 1 count)** **18 U.S.C. § 2(b) (willfully causing)** **Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about April 4, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SHINYOUNG JUNG,**
**a/k/a "Andrew Jung"**

employed, used, persuaded, induced, enticed and coerced Minor 1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and willfully caused the same, that is, by soliciting and directing Minor 1 to engage in sexually explicit conduct and transmit the images via the Internet and iMessage, and by videotaping Minor 1 engaging in sexually explicit conduct and transmitting the videos via Internet and iMessage, and defendant JUNG knew and had

reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet and cellular telephone service.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about January 26, 2026, and on or about April 5, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SHINYOUNG JUNG,**
**a/k/a "Andrew Jung"**

used a means and facility of interstate and foreign commerce, that is, the Internet and cellular telephone service, and traveled in interstate commerce from New York to Philadelphia, to persuade, induce, entice, and coerce Minor 1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacture and attempted manufacture of child pornography, in violation of Title 18, United States Code, Section 2251(a); involuntary deviate sexual intercourse of a person less than 16 years of age, in violation of Title 18, Pa.C.S.A. § 3123(a)(7); and statutory sexual assault, in violation of Title 18 Pa.C.S.A. § 3122.1(a)(1), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about April 3, 2026, and on or about April 5, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SHINYOUNG JUNG**
**a/k/a "Andrew Jung"**

traveled and attempted to travel from New York to Pennsylvania for the purpose of engaging in illicit sexual conduct with another person.

In violation of Title 18, United States Code, Section 2423(b), (g).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 18 U.S.C. §§§ 2251(a), (e), 2422(b), and 2423(b), as set forth in this indictment, defendant

**SHINYOUNG JUNG,**
**a/k/a "Andrew Jung"**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and

2253, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

**A TRUE BILL:**

[redacted]

**GRAND JURY FOREPERSON**

Christine E Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SHINYOUNG JUNG
a/k/a "Andrew Jung"

INDICTMENT

18 U.S.C. § 2251(a),(e) (manufacture and attempted manufacture of child pornography – 1 count)
18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor, and attempt to entice a minor, to engage in sexual conduct – 1 count)
18 U.S.C. § 2423(b) (travel with intent to engage in illicit sexual conduct – 1 count)
18 U.S.C. § 2(b) (willfully causing)
Notice of forfeiture

[redacted]
Foreperson

Filed in open court this 5TH day,
Of NOVEMBER A.D. 20 26

[redacted]
Foreperson

Bail, $__________